```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MINERVA GOMEZ,

       Plaintiff,

 -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION; MARCIA SULIT-TORRES,
PRINCIPAL,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

21 Civ. 1711 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, District Judge:

 Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

 The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education and Marcia Sulit-Torres, Principal. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

 The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

 SO ORDERED.

Dated: March 23, 2021
   New York, New York

                   ANALISA TORRES
                   United States District Judge