```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MINERVA GOMEZ,

                                Plaintiff,                          21-CV-01711 (AT) (SN)

                -against-                                           ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                                Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2021

**SARAH NETBURN, United States Magistrate Judge:**

    On March 23, 2021, the Honorable Analisa Torres referred this case to my docket for general pretrial supervision. In light of Defendants' motion to dismiss, the Court will hold a status conference on Wednesday, September 1, 2021, at 3:00 p.m., to set a briefing schedule and discuss next steps. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 25, 2021
                New York, New York