UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MINERVA GOMEZ,

                    **Plaintiff,**                    21-CV-01711 (AT) (SN)

        -against-                               **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a status conference on September 1, 2021. As discussed at the conference, Plaintiff shall file her amended complaint by October 8, 2021. Defendants shall answer or move to respond to the amended complaint by October 29, 2021. Should Defendants move to dismiss, Plaintiff's opposition shall be filed by December 3, 2021, and Defendants' reply, if any, shall be filed by December 17, 2021. In light of Plaintiff's forthcoming amended complaint, Defendants' motion to dismiss is denied without prejudice.

      The Clerk of Court is respectfully directed to deny the motion at ECF No. 18 and mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      September 3, 2021
                  New York, New York