UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MINERVA GOMEZ,

                          Plaintiff,

       -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION, et al.,

                          Defendants.

------------------------------------------------------------X

21-CV-01711 (AT)(SN)

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:** 10/20/2021

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff filed her amended complaint on October 19, 2021. ECF No. 24. Defendants shall answer or move to respond to the amended complaint by November 9, 2021. Should Defendants move to dismiss, Plaintiff's opposition shall be filed by December 14, 2021, and Defendant's reply, if any, shall be filed by January 3, 2022. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              October 20, 2021